# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KINDRED HOSPITALS EAST, LLC,

    Plaintiff,

v.                                                      Case No: 8:24-cv-2556-WFJ-LSG

PUBLIX SUPER MARKETS, INC.,
PUBLIX SUPER MARKETS, INC.
GROUP HEALTH BENEFIT PLAN,

    Defendants/Third Party Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF
FLORIDA, INC. and BLUE CROSS
BLUE SHIELD OF SOUTH
CAROLINA, INC.,

    Third Party Defendants.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 99)** that the above-styled action, including the third-party claim, has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on October 29, 2025.

                                          s/*William F. Jung*
                                          **WILLIAM F. JUNG**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record